```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05689
   DONALD THADDEUS DECKERT
   TRACY L DECKERT                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8047     SSN XXX-XX-6360

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/18/05 and confirmed on 05/06/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14940.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 6423.36 | 855.89 | 6423.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6705.56 | .00 | 2310.05 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NIKO CREDIT SERVICES | UNSECURED | 505.40 | .00 | 174.11 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MEDIC | UNSECURED | 427.67 | .00 | 147.33 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MEDIC | FILED LATE | .00 | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 544.36 | .00 | 187.53 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 917.78 | .00 | 316.17 |
| ECAST SETTLEMENT CORP | UNSECURED | 1074.52 | .00 | 370.17 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1170.29 | .00 | 403.16 |
| ROUNDUP FUNDING LLC | UNSECURED | 271.57 | .00 | 93.56 |
| VON MAUR | UNSECURED | 609.54 | .00 | 209.99 |

```
ECAST SETTLEMENT CORPORA UNSECURED         221.24              .00         76.22
      Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6423.36           .00     12447.93         .00     18871.29
PRINCIPAL PAID      6423.36           .00      4288.29         .00     10711.65
INTEREST PAID        855.89           .00           .00         .00       855.89
TOTAL PAID          7279.25           .00      4288.29         .00     11567.54
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $     10.00  direct and $   2690.00  through the plan.

The Trustee received $    682.46 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/16/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO.  05 B 05689 DONALD THADDEUS DECKERT & TRACY L DECKERT